# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:20-cv-03446-JDE | Date | August 27, 2020 |
|---|---|---|---|
| Title | Antonio Fernandez v. Thrifty Payless, Inc. | | |

Present: The Honorable   John D. Early, United States Magistrate Judge

| Maria Barr | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| n/a | n/a |

**Proceedings:**   (In Chambers) Order re Dismissal

Pursuant to the parties' Joint Stipulation for Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (Dkt. 27), and at the parties' joint request, the Court dismisses the action without prejudice as to all parties, subject to reopening if the settlement in principal is not consummated within 60 days, and subject to conversion to a dismissal with prejudice if the parties file a stipulation for such dismissal. The action shall be administratively closed on the Court's docket (JS-6) as of the date of this Order.

IT IS SO ORDERED.